U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Paris Gardner
vs.
Officer Ben Johnson, Officer Steve Johnson, and The City of Rockford, Illinois

Case Number: 08 C 50006

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF PARIS GARDNER

FILED
JAN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Jennifer K. Soule | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Jennifer K. Soule | |
| FIRM<br>Soule, Bradtke & Lambert | |
| STREET ADDRESS<br>155 North Michigan Avenue, Suite 504 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06198467 | TELEPHONE NUMBER<br>312.616.4422 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Paris Gardner<br>vs.<br>Officer Ben Johnson, Officer Steve Johnson<br>and The City of Rockford, Illinois | 08 C 50006 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF PARIS GARDNER

FILED
JAN 0 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Kelly K. Lambert |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kelly K. Lambert |

| FIRM |
|---|
| Soule, Bradtke & Lambert |

| STREET ADDRESS |
|---|
| 155 North Michigan Avenue, Suite 504 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06201523 | 312.616.4422 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Paris Gardner
vs.
Officer Ben Johnson, Officer Steve Johnson
and The City of Rockford, Illinois

Case Number:

08 C 50006

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF PARIS GARDNER

FILED
JAN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> James G. Bradtke | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ James G. Bradtke | |
| FIRM <br> Soule, Bradtke & Lambert | |
| STREET ADDRESS <br> 155 North Michigan Avenue, Suite 504 | |
| CITY/STATE/ZIP <br> Chicago, Illinois  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0618369 | TELEPHONE NUMBER <br> 312.616.4422 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |