### *United States District Court for the Northern District of Illinois*

Case Number: 08 C 5000 6        Assigned/IssuedBy: _____

---

## FEE INFORMATION

**Amount Due:**    ☒ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: 350 —        Receipt #: 2439449

Date Paid: 1 - 4 - 08        Fiscal Clerk: _____

---

## ISSUANCES

**Type Of Issuance:**    ☒ Summons        ☐ Alias Summons

☐ Third Party Summons        ☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons        **F I L E D**

☐ Citation to Discover Assets        JAN 0 4 2008

☐ Writ _____        MICHAEL W. DOBBINS
       (Type of Writ)        CLERK, U.S. DISTRICT COURT

3 Original and ___0___ copies on __1 - 7 - 08__ as to all defts
                        (Date)

_____

_____

_____

C:\wpwin80\docket\fecinfo.frm   01/01

Copy to Judge