IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>      Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>      Defendants. | No. 08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

## NOTICE OF FILING

To: Angela L. Hammer, Assistant City Attorney
   The City of Rockford, Illinois
   Legal Department
   425 East State Street
   Rockford, Illinois 61104

PLEASE TAKE NOTICE that on **Wednesday, February 6, 2008,** I caused **this Notice of Filing and Waivers of Service of Summons on behalf of Defendants, Officer Ben Johnson, Officer Steve Johnson and the City of Rockford,** to be filed via the Electronic Case Filing System with the Clerk of the United States District Court for the Northern District of Illinois, Western Division.

## PROOF OF SERVICE

I, Jennifer K. Soule, one of plaintiff's attorneys, certify that I caused a copy of the **Notice of Filing and the above referenced document(s)** to be served upon the above referenced addressee via U.S. First Class Mail by depositing same in the USPS Mailbox located at 155 North Michigan Avenue, Chicago, Illinois on or before the hour of 5:00 p.m. on February 6, 2008, with proper postage prepaid.

                  /s/ Jennifer K. Soule
                  Jennifer K. Soule, One of Plaintiff's Attorneys

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)