IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>                        Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>                        Defendants. | No.   08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

### NOTICE OF FILING

To:    Angela L. Hammer, Assistant City Attorney
         The City of Rockford, Illinois
         Legal Department
         425 East State Street
         Rockford, Illinois 61104

PLEASE TAKE NOTICE that on **Monday, March 10, 2008,** I caused **this Notice of Filing and Parties' Proposed Case Management Order,** to be filed via the Electronic Case Filing System with the Clerk of the United States District Court for the Northern District of Illinois, Western Division.

### PROOF OF SERVICE

I, Jennifer K. Soule, one of plaintiff's attorneys, certify that I caused a copy of the **Notice of Filing and the above referenced document(s)** to be served upon the above referenced addressee via the Electronic Case Filing System on March 10, 2008.

                                                      /s/ Jennifer K. Soule
                                                      Jennifer K. Soule, One of Plaintiff's Attorneys

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)