## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Western Division

Paris Gardner
                        Plaintiff,

v.                                           Case No.: 3:08−cv−50006
                                                 Honorable Frederick J. Kapala

Ben Johnson, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge P. Michael Mahoney :Initial Pretrial conference held on 3/12/2008. Case management order approved. FRCP 26(a)(1) disclosure due 4/2/08. FRCP 26(a)(2) reserved. Fact depositions limited to 3 hours except named parties and 1 city deponent limited to 6 hours. Amended Pleadings due by 5/1/2008. Fact Discovery ordered closed by 12/12/2008. Dispositive Motions due by 1/30/2009. Discovery Hearing set for 5/7/2008 at 01:30 PM.(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.