IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>　　　　　　　　Defendants. | No.　08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

**Motion For Rule To Show Cause**

　　Plaintiff, by his counsel hereby seeks a Rule To Show Cause under F.R.C.P. 45(e), for failure of the Winnebego County Public Defender's Office to comply with a duly served subpoena for documents in this case. In support of this motion, plaintiff states as follows:

　　1.　On April 4, 2008, by certified and electronic mail, plaintiff's counsel served upon the office of the Winnebago County Public Defender a subpoena returnable on April 18, 2008 for all documents relating to plaintiff Paris Gardner not covered by the attorney work product or attorney client privileges. (Ex. A)

　　2.　Plaintiff's counsel previously requested the same documents from the Public Defender's Office by way of an executed release, but this request was ignored.

　　3.　Plaintiff has had no response whatsoever to the subpoena in question: no documents have been produced and no objections have been raised.

WHEREFORE, plaintiff seeks a rule to show cause why an order of contempt of court should not be entered for failing to comply with the subpoena.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer K. Soule
　　　　　　　　　　　　　　　　　　　　　Jennifer K. Soule, One of Plaintiff's

Jennifer K. Soule
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)

# Exhibit A

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the
# United States District Court
### NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

## SUBPOENA IN A CIVIL CASE

PARIS GARDNER,

        Plaintiff,

        v.

OFFICER BEN JOHNSON, OFFICER STEVE
JOHNSON, AND THE CITY OF ROCKFORD,
ILLINOIS

        Defendants.

CASE NUMBER:[1] 08 C 50006

TO: **Via Facsimile: 815-319-4901 and U.S. Certified Mail**
Winnebago County Public Defender's Office
400 West State Street, Suite #340
Rockford, Illinois 61101

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents except attorney work product relating to Paris Gardner, including but not limited to police reports, investigation reports and all documents provided to the Winnebago County Public Defender's Office by the City of Rockford, Illinois or Rockford Police Department. Reasonable copy costs will be reimbursed.

| PLACE | DATE AND TIME |
|---|---|
| Soule, Bradtke & Lambert<br>155 N. Michigan Avenue, Suite #504, Chicago, Illinois 60601 | April 18, 2008 before 3:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| /s/ J. K. Soule, Atty for Plaintiff | 4-4-08 |

Issuing Officer's Name, Address, and Phone Number

Jennifer Soule
155 N. Michigan Ave Ste 500
Chicago IL 60601   312-616-4422

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

---

[1] If action is pending in district other than district of issuance, state district under case number.

```
*********************
*** FAX TX REPORT ***
*********************

              TRANSMISSION OK

      JOB NO.                 0036
      DEPT. ID                13
      DESTINATION ADDRESS     918153194901
      PSWD/SUBADDRESS
      DESTINATION ID
      ST. TIME                04/04 16:53
      USAGE T                 00'42
      PGS.                    4
      RESULT                  OK
```

# SOULE, BRADTKE & LAMBERT
### ATTORNEYS AT LAW

| | |
|---|---|
| 155 NORTH MICHIGAN AVENUE, SUITE 504 | JENNIFER K. SOULE |
| CHICAGO, ILLINOIS 60601 | KELLY K. LAMBERT |
| OFFICE@SBLLEGAL.COM | |
| TELPHONE: 312.616.4422 | *OF COUNSEL* |
| TELEFAX: 312.616.4423 | JAMES G. BRADTKE |

## FACSIMILE COVER SHEET

| PLEASE DELIVER THE FOLLOWING INFORMATION FROM |  |
|---|---|
| Date: | April 4, 2008 |
| CC: | Winnebago Office of the Public Defender |
| At: | |
| Fax: | 815.319.4901 |
| Re: | Subpoena for P. Gardner Records |
| Numbers of Pages (including cover sheet): 3 | |

COMMENTS:

Please see attached Subpoena for the records of Paris Gardner.

☐ PLEASE REPLY UPON RECEIPT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rach_____ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>                                                 4-7-08 |
| 1. Article Addressed to:<br><br>Winnebago Public Defender's Office<br>400 West State Str., Suite 340<br>Rockford, IL 61101 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0220 0000 4077 3050 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540