IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>　　　　　　　Defendants. | No.　08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

To:　Angela L. Hammer, Assistant City Attorney
　　　The City of Rockford, Illinois
　　　Legal Department
　　　425 East State Street
　　　Rockford, Illinois 61104

PLEASE TAKE NOTICE that on <u>Wednesday, May 7, 2008, at 1:30 p.m.</u>, **a date previously scheduled by the court for Status**, I shall appear before the Honorable Judge P. Michael Mahoney in the courtroom usually occupied by him in the Federal Building for the Western Division, 211 South Court Street, Rockford Illinois, and then and there present the Plaintiff's **Motion for Rule To Show Cause**.

## CERTIFICATE OF SERVICE

I, Jennifer K. Soule, one of plaintiff's attorneys, certify that I caused a copy of **the above referenced document(s)** to be served upon the above referenced addressee via the Electronic Case Filing System on **May 2, 2008.**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer K. Soule
　　　　　　　　　　　　　　　　　　　　　　　Jennifer K. Soule, One of Plaintiff's Attorneys

Jennifer K. Soule
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)