IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>               Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>               Defendants. | No.  08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

To:  Angela L. Hammer, Assistant City Attorney
      The City of Rockford, Illinois
      Legal Department
      425 East State Street
      Rockford, Illinois 61104

PLEASE TAKE NOTICE that on Wednesday, May 7, 2008, at 1:30 p.m., **a date previously scheduled by the court for Status**, I shall appear before the Honorable Judge P. Michael Mahoney in the courtroom usually occupied by him in the Federal Building for the Western Division, 211 South Court Street, Rockford Illinois, and then and there present the following **Plaintiff's Motion To Compel Complete Rule 26(a)(1) Responses.**

## CERTIFICATE OF SERVICE

I, Jennifer K. Soule, one of plaintiff's attorneys, certify that I caused a copy of **the above referenced document(s)** to be served upon the above referenced addressee via the Electronic Case Filing System on **May 2, 2008.**

                                                    /s/ Jennifer K. Soule
                                                    Jennifer K. Soule, One of Plaintiff's Attorneys

Jennifer K. Soule
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)