IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>                    Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>                    Defendants. | No.   08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

## NOTICE OF MOTION

To:   **Via Federal Express**
      Winnebago County Public Defender's Office
      400 West State Street, Suite #340
      Rockford, Illinois 61101

PLEASE TAKE NOTICE that on <u>Wednesday, May 7, 2008, at 1:30 p.m.</u>, **a date previously scheduled by the court for Status**, I shall appear before the Honorable Judge P. Michael Mahoney in the courtroom usually occupied by him in the Federal Building for the Western Division, 211 South Court Street, Rockford Illinois, and then and there present the Plaintiff's **Motion for Rule To Show Cause**.

## CERTIFICATE OF SERVICE

I, Jennifer K. Soule, one of plaintiff's attorneys, certify that I caused a copy of **the above referenced document(s)** to be served upon the above referenced addressee via Federal Express on **May 2, 2008**.

                                                              /s/ Jennifer K. Soule
                                                        Jennifer K. Soule, One of Plaintiff's Attorneys

Jennifer K. Soule
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)