**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Western Division**

Paris Gardner
       Plaintiff,

v.              Case No.: 3:08−cv−50006
              Honorable Frederick J. Kapala

Ben Johnson, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

  MINUTE entry before Judge Honorable P. Michael Mahoney: Discovery hearing held on 5/7/2008. As stated in open court: Plaintiff's Motion for order to show cause [17] is withdrawn without prejudice. Plaintiff's Motion to compel [19] is granted in part. By agreement material to be produced by 5/21/08 under the protective order. If necessary Defendant to submit a new protective order by 6/9/08. Discovery Hearing set for 6/11/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.