IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PARIS GARDNER,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>OFFICER BEN JOHNSON,<br>OFFICER STEVE JOHNSON, AND<br>THE CITY OF ROCKFORD, ILLINOIS,<br><br>　　　　　　　　　Defendants. | No.   08 C 50006<br><br>Hon. Judge Frederick J. Kapala<br><br>Hon. Mag. Judge P. Michael Mahoney<br><br>Jury Trial Demanded |

### NOTICE OF MOTION

To:   Kerry Partridge, Assistant City Attorney
　　　The City of Rockford, Illinois
　　　Legal Department
　　　425 East State Street
　　　Rockford, Illinois 61104

PLEASE TAKE NOTICE that on Monday, July 7, 2008, at 9:45 a.m., I shall appear telephonically, as previously approved by the Court and scheduled by the Judge's Clerk, before the Honorable Judge P. Michael Mahoney and then and there present the following **Plaintiff's Motion To Compel Production of Investigation Report.** I will initiate the teleconference.

### CERTIFICATE OF SERVICE

I, Jennifer K. Soule, one of plaintiff's attorneys, certify that I caused a copy of **the above referenced document(s)** to be served upon the above referenced addressee via the Electronic Case Filing System on **June 30, 2008**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer K. Soule
　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer K. Soule, One of Plaintiff's Attorneys

Jennifer K. Soule
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422 (telephone)
312-616-4423 (telefax)