# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50006 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Gardner vs. Johnson, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion to Compel the Production of the Investigation Report is granted in part.

*/s/ P. Michael Mahoney*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|